IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:15cr242-MHT
                            )            (WO)
AUNDREA DAISHON MURPHY      )
```

ORDER

Based on the representations made in open court on May 18, 2016, it is ORDERED as follows:

(1) The court concurs with the noncompliance report (doc. no. 4).

(2) The United States Probation Officer is to inform the court of the disposition of the state criminal proceedings mentioned in the report, regardless of whether they result in a conviction, an acquittal, or a dismissal.

(3) The United States Probation Officer is to investigate and file a report with the court within two weeks of the date of this order as to the feasibility of equipping defendant

Aundrea Daishon Murphy with an ankle-bracelet alcohol monitor.

DONE, this the 19th day of May, 2016.

                                            /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**